**Dismissed and Memorandum Opinion filed October 27, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00715-CV

**MAXIMILLIAN ROEMER, Appellant**

**V.**

**CLUB OF THE ISLE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Galveston County, Texas**
**Trial Court Cause No. CV-0074654**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed August 14, 2015. The notice of appeal was filed August 24, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207.

On September 18, 2015, this court ordered appellant to pay the appellate filing fee on or before October 6, 2015, or the appeal would be dismissed. Appellant has not paid the appellate filing fee. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Donovan.